IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNETTE WHITE, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| METROPOLITAN DIRECT PROPERTY | : | NO.   13-434 |
| AND CASUALTY INSURANCE CO., et al., | : | |
| | : | |
| Defendant. | : | |

# **ORDER**

**AND NOW**, this *29th* day of *July*, 2014, upon consideration of Defendant Metropolitan Direct Property and Casualty Insurance Company's Motion for Summary Judgment and Counterclaim for Declaratory Judgment (Docket No. 10), Plaintiffs Annette White and Charles Williams's Response in Opposition thereto (Docket No. 13), Defendant's Reply Brief in Support of Motion for Summary Judgment (Docket No. 15), and Defendant's Second Reply Brief in Support of Motion for Summary Judgment (Docket No. 17), it is hereby **ORDERED** that Defendant's Motion is **GRANTED** with respect to Plaintiffs' claims and is **DENIED** with respect to Defendant's counterclaim for declaratory judgment.  **JUDGMENT IS ENTERED** for Metropolitan Direct Property and Casualty Insurance Company against Annette White and Charles Williams on the entirety of the Complaint.  **THIS CASE IS CLOSED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.